

**IT IS ORDERED as set forth below:**

**Date: May 24, 2017**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: | CHAPTER 13 |
| ROBERT JULIUS ZELLNER,<br>             Debtor. | CASE NO. 13-66223-PMB |
| BAYVIEW LOAN SERVICING, LLC, ITS SUCCESSORS OR ASSIGNS<br><br>             Movant,<br><br>V.<br><br>ROBERT JULIUS ZELLNER, Debtor, and ADAM M. GOODMAN, Chapter 13 Trustee,<br><br>             Respondents. | CONTESTED MATTER |

**ORDER GRANTING MOTION TO ALLOW LOAN MODIFICATION**

UPON CONSIDERATION of the Motion to Allow Loan Modification (Doc. No. 40)

filed by Bayview Loan Servicing, LLC ("Movant") to modify the terms of the Note and Security

Deed on the real property located at 3886 Sautee Trail, Conley, GA 30288; and

IT APPEARING that notice having been given on said motion and hearing held on Movant's motion on May 4, 2017. Movant asserts that it properly served the Motion and notice of the hearing on the Respondents. No one filed a response or objection to the motion or appeared at the hearing in opposition to the motion. The Court, having considered the motion and all other matters of record, has determined that relief from the automatic stay should be granted as set forth herein.

It is, therefore, ORDERED as follows:

1. The automatic stay of 11 U.S.C. § 362 is hereby modified to permit Movant to complete the modification of the subject obligation owed to Movant as more particularly described in the proposed loan modification agreement attached to Movant's motion.

2. The Movant be allowed to take all necessary action to perfect the Loan Modification Agreement.

3. The Debtor shall modify their plan and schedules to conform with the provisions of the loan modification.

4. The Chapter 13 Trustee shall cease disbursements on Movant's Proof of Claim.

**END OF DOCUMENT**

Prepared by:                                              No Opposition


*/s/ Taylor Mansell*                                      */s/ Jason L. Rogers with express permission*
Taylor Mansell                                            Jason L. Rogers,
Georgia Bar No. 940461                                    Georgia Bar No. 142575
Attorney for Movant                                       Staff Attorney for Adam M. Goodman
211 Perimeter Center Parkway, N.E.                        Chapter 13 Trustee
Suite 300                                                 Suite 200
Atlanta, GA 30346                                         260 Peachtree Street
(770) 220-2535                                            Atlanta, GA 30303
                                                          (678) 510-1444

Robert Julius Zellner
3886 Sautee Trail
Conley, GA 30288

Alesia D. Zellner
3886 Sautee Trail
Conley, GA 30288

Khoshnood Law Firm, P.C.
Suite 2740
1275 Shiloh Road
Kennesaw, GA 30144

Adam M. Goodman
Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303